# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

NICOLE HEBERT                                    CASE NO.  6:20-CV-00622

VERSUS                                           JUDGE JUNEAU

REPUBLIC SERVICES ALLIANCE             MAGISTRATE JUDGE HANNA
GROUP INC ET AL

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.  Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the Report and Recommendation, Defendants' Motion to Dismiss (Rec. Doc. 6) should be GRANTED IN PART, DENIED IN PART, AND DENIED IN PART WITHOUT PREJUDICE. Defendants' Motion is GRANTED insofar as it seeks dismissal of Plaintiff's LUTPA, unjust enrichment, and defamation claims. Defendants' Motion is DENIED insofar as it seeks dismissal under the LWPA. The Defendants' Motion is DENIED WITHOUT PREJUDICE insofar as it seeks dismissal of Plaintiff's claims for declaratory relief (regarding nullity of the Severance Agreement) and for

breach of contract. Defendants' Motion is DENIED WITHOUT PREJUDICE insofar as it seeks dismissal of Plaintiff's claims against Sytsma.

IT IS FURTHER ORDERED that Plaintiff shall have fifteen (15) days from entry of this judgment to amend her Petition in order to state claims for declaratory relief regarding nullification of the Severance Agreement and breach of contract.

Signed at Lafayette, Louisiana, this 8th day of July, 2020.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE